MARGARET ROSENTHAL, SBN 147501
SHAREEF S. FARAG, SBN 251650
JULIE KWUN, SBN 243838
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859

Email:  mrosenthal@bakerlaw.com
sfarag@bakerlaw.com
jkwun@bakerlaw.com

*Attorneys for Defendants*
HEALTHPORT TECHNOLOGIES, LLC, and
CIOX HEALTH, LLC

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE RUTLEDGE; ABDUL FAHIM; individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHPORT TECHNOLOGIES, LLC, an unknown business entity; CIOX HEALTH, an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.:  3:16-cv-06920-VC<br><br>[Judge Vince Chhabria, Courtroom 4]<br><br>**DECLARATION OF JAY ROBINSON IN SUPPORT OF DEFENDANTS' HEALTHPORT TECHNOLOGIES, LLC AND CIOX HEALTH, LLC'S OPPOSITION TO PLAINTIFFS' MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447**<br><br>Date:  February 9, 2017<br>Time:  10:00 a.m.<br>Courtroom:  4<br><br>[Filed Concurrently with Opposition to Motion to Remand and Reply to Opposition to Request for Judicial Notice]<br><br>Date Action Filed: October 19, 2016<br>Action Removed:  December 1, 2016 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF JAY ROBINSON IN SUPPORT OF DEFENDANTS' HEALTHPORT TECHNOLOGIES, LLC AND CIOX HEALTH, LLC'S OPPOSITION TO PLAINTIFFS S' MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447
Case No.:  3:16-cv-06920-VC

I, Jay Robinson, declare the following:

1. I am the Regional HR Manager Ciox Health, LLC ("Defendant"). I make this declaration based on my review of relevant records which have been maintained in the regular course of Defendant's business, including payroll records and timekeeping records. If called upon to do so, I could and would personally and competently testify to the following facts.

2. Defendant employed at least 652 individuals as current and former employees who are/were classified as non-exempt during the four-year period preceding October 19, 2016, when the above-titled action commenced.

3. During the period of October 19, 2012 to the present, Defendant employed at least 652 non-exempt employees in California. The average rate of pay among this group of employees is at least $15.71 per hour during this period. This period consists of at least 46,534 total workweeks for this group of employees.

4. During the period of October 19, 2013 to the present, at least 361 putative class members separated from employment with Defendant. The average final rate of pay among this group of former employees is at least $15.09 per hour during this period.

5. During the period of October 19, 2015 to the present, Defendant employed at least 390 non-exempt employees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Alpharetta, Georgia on January 11, 2017.

JAY ROBINSON

1

DECLARATION OF JAY ROBINSON IN SUPPORT OF DEFENDANTS' HEALTHPORT TECHNOLOGIES, LLC AND CIOX HEALTH, LLC'S OPPOSITION TO PLAINTIFFS S' MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447
Case No.: 3:16-cv-06920-VC